**No. 60770.**—Franco-American Novelty Co., Inc. *v.* United States, protest 284957–K (B) (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of mama voices and lamb voices, composed in chief value of paper, similar in all material respects to those the subject of Abstract 37663, except that the merchandise therein was in chief value of mineral or earthy substances, the claim of the plaintiff was sustained.

**No. 60771.**—Blaser & Mericle *v.* United States, protest 220392–K (Cleveland).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of vellum the same in all material respects as that the subject of Abstracts 57385 and 58987, the claim for free entry under paragraph 1736 was sustained.

**No. 60772.**—Manca, Inc. *v.* United States, protest 254746–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of "Micro Ring Illuminators and Micro Camera Attachments" and that the issue is the same in all material respects as that the subject of *United States* v. *E. Leitz, Inc.* (24 C. C. P. A. 139, T. D. 48622), the claim of the plaintiff was sustained.